IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS W. ZACH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

13-cv-851-bbc

v.

BRIAN BEAHM, ROBERT SCHENCK,
TROY HERMANS, JEFF PUGH, KAREN
GOURLIE, TODD JOHNSON, TOM
GOZINSKE, ISMAEL OZANNE and
AMY SMITH,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 5/14/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |